1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DOUGLAS E. BELLOWS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　　　Defendant. | CASE NO: 07-CV-1413 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR 60-DAY EXTENSION TO FILE RESPONSIVE PLEADING [DOC. NO. 9]** |
|---|---|

On September 27, 2007, the parties filed a joint motion for a 60-day extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion [Doc. No. 9]. Defendant's responsive pleading is due on or before November 27, 2007.

**IT IS SO ORDERED.**

DATED: September 27, 2007

_____
Hon. Thomas J. Whelan
United States District Judge