FILED
DEC 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          CP     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. BELLOWS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:07-cv-01413-W-AJB<br><br>**STIPULATION AND [    ] ORDER FOR INJUNCTION** |

Plaintiff, Douglas E. Bellows, and defendant, NCO Financial Systems, Inc. (hereinafter referred to as "NCO"), jointly submit this Stipulation and [Proposed] Order for Injunction (hereinafter referred to as the "Stipulated Injunction").

For purposes of this Stipulated Injunction, Plaintiff and NCO (hereinafter jointly referred to as the "Parties") agree upon the following predicate procedural history and facts:

A. On August 2, 2007, Plaintiff filed this class action lawsuit (hereinafter referred to as the "Lawsuit") against NCO, asserting class claims under the Telephone Consumer Protection Act (hereinafter referred to as the "TCPA"), 47 U.S.C. § 227.

B. Specifically, Plaintiff alleged that NCO violated the TCPA by calling his cellular telephone, without "prior express consent," using an "automatic telephone dialing system" and using an "artificial or prerecorded voice."

C. NCO denied any and all liability asserted in the Lawsuit.

D. Following extensive settlement discussions and 3 all day mediation sessions, the Parties reached a settlement. The final settlement is set forth in the Parties' Class Action Settlement Agreement.

E. NCO, without admitting any liability as to any of the allegations, acknowledges that Plaintiff's claims are the sole catalyst for entering into this Stipulated Injunction.

WHEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, that the following injunction be entered by the Court without further notice or process:

1. <u>TRAINING</u> – Commencing no later than sixty (60) days after the Final Order and Judgment becomes final, NCO shall conduct regular training sessions with all of its debt collectors to ensure that they understand their obligation to stop calling a consumer's cell phone or other wireless number when requested by the consumer. Further, NCO shall use its best efforts to ensure that it stops calling a consumer's cell phone or other wireless number when requested by the consumer.

2. <u>REVISING TESTING MATERIALS</u> – NCO shall revise its FDCPA collector testing materials to include questions regarding a collector's obligation to stop calling a consumer on his or her cell phone or other wireless number when requested by the consumer.

3. <u>ACKOWLEDGEMENTS</u> – NCO shall use its best efforts to ensure that all existing and newly hired NCO debt collectors execute an acknowledgement confirming their understanding of their obligation to stop calling a consumer's cell or

wireless number upon request by the consumer.

4. <u>LENGTH OF INJUNCTION</u> – This Stipulated Injunction will lapse and expire 12 months after it is entered by the Court.

5. <u>CONFIRMING COMPLIANCE</u> – NCO shall submit proof of compliance with this Stipulated Injunction to Class Counsel by way of providing the training and testing materials used in the training upon the commencement of such training. Furthermore, a declaration of the responsible person at NCO for ensuring compliance with the training requirements of this injunction shall be provided upon completion of the training. Class Counsel shall be provided such other documentation of compliance as they might deem necessary to confirm compliance, upon request, subject to either party seeking review by the Special Master as to the reasonableness of the request(s).

6. At the end of this 12-month Stipulated Injunction, NCO shall submit to Class Counsel a declaration from its training coordinator confirming that training was provided on a regular basis during the 12-month injunction term, as required by ¶ 1 above. Further, at the end of this 12-month Stipulated Injunction, NCO shall also submit to Special Master Hoffman an exemplar of the revised FDCPA testing materials to confirm NCO's compliance with ¶ 2 above.

7. <u>RETAINING JURISDICTION</u> – The Court shall retain jurisdiction to enter further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Stipulated Injunction. NCO specifically consents to personal

1 | jurisdiction and venue in this Court.

2 |     8. **ALTERATION OR MODIFICATION OF INJUNCTION** – During the 12-month term of this Stipulated Injunction, both NCO and Plaintiff have the right to seek relief from, or modification of, the Stipulated Injunction based upon an unfair burden on the business, or a change in the law. Any request for alteration or modification of the Stipulated Injunction shall be made to Special Master Hoffman. Any alteration or modification of the Stipulated Injunction shall not extend the length of the 12-month injunction. Any alteration or modification in the Stipulated Injunction shall only apply prospectively for the remainder of the 12-month injunction.

IT IS SO STIPULATED.

s/ Douglas J. Campion, Esq.       s/ David Israel, Esq.

| | |
|---|---|
| Joshua B. Swigart, Esq. (CSB No. 225557)<br>HYDE & SWIGART<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>Douglas J. Campion, Esq. (CSB No. 75381)<br>LAW OFFICES OF DOUGLAS J. CAMPION<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034<br><br>Attorneys for Plaintiff and the Settlement Class | David Israel, Esq. (LSB No. 7174)<br>Bryan C. Shartle, Esq. (LSB No. 27640)<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>3850 North Causeway Blvd., Suite 200<br>Metairie, LA 70002<br>Telephone: (504) 828-3700<br>Facsimile: (504) 828-3737<br><br>Debbie P. Kirkpatrick, Esq. (CSB No. 207112)<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>3667 Voltaire Street<br>San Diego, CA 92106<br>Telephone: (619) 758-1891<br>Facsimile: (619) 222-3667<br><br>Attorneys for Defendant |

## ORDER

IT IS SO ORDERED.

DATED: _12/22/08_

_____
THE HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE

N:\NCO\Bellows, Douglas E. (6947-07-21970) CLASS ACTION\Settlement Pleadings\R&R Re Final Approval\Exhibit 3.Injunction.doc