FILED

JAN 0 5 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOUGLAS E. BELLOWS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

Case No. 3:07-cv-01413-W-AJB

**FED. R. CIV. P. 53(f) REPORT AND RECOMMENDATION REGARDING CY PRES RECIPIENTS AND [PROPOSED] ORDER**

The undersigned Judge Herbert B. Hoffman (Ret.) was appointed by the Court as a Special Master in this case per Fed. R. Civ. P. 53. As required by the Court's Order of Preliminary Approval of Class Action Settlement, the undersigned submits this Report and Recommendation regarding the distribution of the $197,970 *cy pres* award.

The parties have proposed the *cy pres* award be distributed to the recipients identified on the attached Exhibit in the referenced amounts. After considering the matter, the undersigned Special Master finds the designated recipients to be appropriate recipients for the *cy pres* award. *See* Cal. Civ. Proc. Code § 384(b) (permitting *cy pres* awards to be distributed to "child advocacy programs"); *Six (6) Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301, 1307 (9th Cir. 1990) (the interests of the silent class members should guide the court in distributing unclaimed settlement funds).

IT IS SO RECOMMENDED,

This 22 day of _Diecenbien_ 2008.

_(signature)_
Special Master Judge Herbert B. Hoffman (Ret.)


IT IS SO ORDERED,


This 5 day of _JANUARY_ 2009.

_(signature)_
The Honorable Thomas J. Whelan

N:\NCO\Bellows, Douglas E. (6947-07-21970) CLASS ACTION\Settlement Pleadings\R&R Re Final Approval\Final Draft R&R Re Cy Pres.12.19.08.doc

Fed. R. Civ. P. 53(f) Report and Recommendation                    Case No. 3:07-cv-01413-W-AJB
Regarding Cy Pres Recipients and [Proposed] Order

## Bellows Cy Pres Recipients

| | |
|---|---|
| California Western School of Law Interdisciplinary Studies; Health Law 225 Cedar Street San Diego, CA 92101 | $30,000 |
| American Red Cross – San Diego/Imperial Counties 3950 Calle Fortunada San Diego, CA 92123 | $5,000 |
| Noah Homes 12526 Campo Road Spring Valley, CA 91978 | $5,000 |
| San Diego Legal Aid Society 1475 Sixth Ave., 4th Fl. San Diego, CA 92101 | $22,970 |
| Association for Neurologically Impaired Children | $20,000 |
| The Navy & Marine Corps Relief Society Make check payable to: NMCRS Send Checks to: 4015 Wilson Blvd., 10th Floor Arlington, VA 22203 Contact:  Mr. John Alexander at (703) 696-4904 | $10,000 |
| Alexander Community Law Center 1030 The Alameda San Jose, CA 95126 | $15,000 |
| Alzheimer's Association National Office 225 N. Michigan Ave., Fl. 17, Chicago, IL 60601 | $5,000 |
| National Multiple Sclerosis Society P.O. Box 4527 New York, NY 10163 | $10,000 |
| The Innocence Project 100 Fifth Ave. 3rd Floor New York, NY 10011 Attn: Development | $10,000 |
| St. Jude's Hospital | $15,000 |
| American Heart Association 1710 Gilbreth Road Burlingame, CA 94010-1795 | $10,000 |

| | |
|---|---|
| Kids in Transition | $15,000 |
| The Pro Bono Project of New Orleans | $10,000 |
| Bay Area Legal Services (Tampa Legal Aid) | $10,000 |